# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

JOHN C. SEAMAN, II,

Appellant,

v.

DARRYL SCHRINER,

Appellee.

No. 2D2025-2010

————————————————

June 5, 2026

Appeal from the Circuit Court for Hillsborough County; Frances M. Perrone, Judge.

Matthew Farmer of Farmer & Fitzgerald, P.A., Tampa, for Appellant.

Brian Shrader of Shrader & Mendez, LLC, Tampa, for Appellee.

PER CURIAM.

Affirmed.

LUCAS, C.J., and KHOUZAM and ROTHSTEIN-YOUAKIM, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.